**Order entered June 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00820-CR

## EX PARTE  ROBERT ALLAN MILLER

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 88341-422**

## ORDER

The Court has received appellant's notice of appeal from the trial court's May 30, 2013 order on his application for writ of habeas corpus.  The appeal is accelerated pursuant to Texas Rule of Appellate Procedure 31.

We **ORDER** the Kaufman County District Clerk to file the clerk's record containing the documents related to the habeas corpus proceeding by **JULY 8, 2013**.

We **ORDER** the court reporter of the 422nd Judicial District Court to file, by **JULY 8, 2013**, the reporter's record of all hearings related to the habeas corpus proceedings.

Appellant's brief is due by **JULY 29, 2013**. The State's brief is due by **AUGUST 19, 2013**.

The appeal will be submitted without argument on **September 6, 2013** to a panel consisting of Chief Justice Wright and Justices Myers and Evans.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Kaufman County District Clerk's Office; Donna Gehl, Official Court Reporter, 422nd Judicial District Court; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE